UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-22389-Civ-SCOLA

100079 CANADA, INC.

    Plaintiff,

v.

STIEFEL LABORATORIES, INC., et al.

    Defendants.

_____/

## FINAL JUDGMENT

THIS MATTER is before the Court following the entry of summary judgment in favor of the Defendants Stiefel Laboratories, Inc., and Charles W. Stiefel. The Court hereby enters **FINAL JUDGMENT** in favor of the Defendants and against the Plaintiff, 100079 Canada, Inc. The Clerk is directed to **CLOSE** this case. All pending motions remaining on the docket are **DENIED AS MOOT**.

**DONE and ORDERED** in chambers, at Miami, Florida on June 21, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**